EL PUEBLO, apelado, *v.* JOSÉ RODRÍGUEZ, apelante.

Corte de Distrito de Guayama.

No. 2994.—*Visto:* Enero 25, 1927. *Resuelto:* Abril 8, 1927.

*Se confirmó* la sentencia en este caso porque de un análisis de la prueba, que es contradictoria, el tribunal llegó a la conclusión que el acusado portaba el arma en un camino vecinal y no privado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.